| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>MOLLWAY, SUSAN O | 2. Court or Organization<br>District of Hawaii | 3. Date of Report<br>5/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5. ReportType (check appropriate type)<br><br>( ) Nomination,    Date<br><br>( ) Initial    (•) Annual    ( ) Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>United States District Court<br>300 Ala Moana Boulevard, #C409<br>Honolulu, HI 96850-0409 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Aug 3 11 17 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | State Agency--salary |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Western Wireless common stock | | None | J | T | | | | | |
| 2. Hawaii State Federal Credit Union common stock | A | Interest | J | T | | | | | |
| 3. American Savings Bank, FSB | A | Interest | J | T | | | | | |
| 4. Columbus Life Insurance | A | Interest | J | T | | | | | |
| 5. Illinois College Savings Bonds | A | Interest | J | T | | | | | |
| 6. U.S. Savings Bond Series EE | A | Interest | J | T | | | | | |
| 7. Vanguard INST Index 401k | A | Dividend | M | T | | | | | |
| 8. Prudential Stable Value 401k | | None | K | T | | | | | |
| 9. Fidelity Growth and Income 401k | A | Dividend | L | T | | | | | |
| 10. Wells Fargo Large CD 401k | A | Dividend | J | T | Transfer | 3/14 | J | A | Transf fr Putnam |
| 11. Putnam New Opportunities 401k | A | Dividend | | | Transfer | 3/14 | J | A | Transf to Wells Fargo |
| 12. MFS Total Return Fund (IRA #1) | | | J | T | | | | | |
| 13. MFS Total Return Fund (IRA #2) | | None | J | T | | | | | |
| 14. EV Worldwide (IRA #1) | | None | J | T | | | | | |
| 15. EV Worldwide (IRA #2) | | None | J | T | | | | | |
| 16. Scudder Gold (IRA #1) | | None | J | T | | | | | |
| 17. Scudder Gold (IRA #2) | | None | J | T | | | | | |
| 18. Sun America Focused (IRA #1) | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2, | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Sun America Focused (IRA #2) | | None | J | T | | | | | |
| 20. Sun America Focused (Main IRA) | | None | K | T | | | | | |
| 21. Sun America Blue Chip Growth (Main IRA) | | None | K | T | | | | | |
| 22. AIM Blue Chip (Main IRA) | | None | K | T | | | | | |
| 23. AIM Age (529) | | None | J | T | | | | | |
| 24. Alliance Bernstein (Main IRA) | B | Dividend | K | T | | | | | |
| 25. Alliance Bernstein Small (Main IRA) | | None | J | T | | | | | |
| 26. Fidelity Advisor Interim (Main IRA) | B | Dividend | L | T | | | | | |
| 27. Ing Pilgrim Financial (Main IRA) | | None | L | T | | | | | |
| 28. John Hancock Real (Main IRA) | A | Dividend | J | T | | | | | |
| 29. John Hancock Regional (Main IRA) | A | Dividend | J | T | | | | | |
| 30. PIMCO Total Return (Main IRA) | A | Dividend | K | T | | | | | |
| 31. ML Large Cap (Main IRA) | | None | K | T | | | | | |
| 32. Merrill Lynch Global (Main IRA) | | None | J | T | | | | | |
| 33. ML Bank | A | Interest | J | T | | | | | |
| 34. MFS Equity Portfolio (529) | | None | J | T | | | | | |
| 35. MLM 75% Equity (529) | | None | J | T | | | | | |
| 36. MLIM Equity Portfolio (529) | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Agere Systems(x) | A | Dividend | | | Sell | 1/9 | A | A | |
| 38. Alliance Bernstein Intl Value(x) | A | Dividend | J | T | Buy | 5/14 | A | | |
| 39. | | | | | Reinvestmt | Vari | A | | |
| 40. Bank Option Sweep/Command(x) | A | Interest | J | T | Neg Chg | Vari | A | | |
| 41. Bellsouth Corp(x) | | | | | Sell | 1/9 | A | A | |
| 42. Command Money Fd(x) | A | Interest | | | Sell | | A | A | |
| 43. Dryden Hi Yield Fd(x) | A | Dividend | J | T | Sell | ps* | A | A | |
| 44. | | | | | Buy | 6/3 | A | | |
| 45. Dryden Large-Cap Core Eq Fd(x) | | | J | T | Sell | ps* | A | A | |
| 46. | | | | | Buy | 6/3 | A | | |
| 47. Dryden Muni Bd Fd Hi Inc(x) | A | Dividend | | | Sell | 1/12 | A | A | |
| 48. Dryden Small-Cap Core Eq(x) | | | J | T | Sell | ps* | A | A | |
| 49. Dryden Ultra Short Bd Fd(x) | A | Dividend | J | T | Sell | ps* | K | A | |
| 50. | | | | | Reinvestmt | Vari | A | | |
| 51. Exxon Mobile(x) | A | Dividend | J | T | | | | | |
| 52. Fed Eq Cap Apprec Fd(x) | A | Dividend | J | T | Sell | ps* | A | A | |
| 53. Fed Kaufmann Sm Cap(x) | A | Dividend | J | T | Buy | 3/17 | A | | |
| 54. Federated Equity(x) | | | J | T | Reinvestmt | Vari | A | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Fidelity Advisor Svc Tech Fd(x) | | | | | Sell | 1/12 | A | A | |
| 56. FPL Group(x) | | | | | Sell | 1/9 | A | A | |
| 57. General Electric(x) | A | Dividend | J | T | | | A | A | |
| 58. Home Depot(x) | A | Dividend | | | Sell | 5/4 | A | A | |
| 59. Jennison 20/20 Focus C(x) | | | J | T | Buy | 12/31 | A | | |
| 60. Jennison Eq Opport Class B(x) | | | | | Sell | 1/12 | A | A | |
| 61. Jennison Growth Fd B(x) | | | | | Sell | 1/15 | A | A | |
| 62. | | | | | Sell | 2/13 | A | A | |
| 63. | | | | | Sell | 2/13 | A | A | |
| 64. | | | | | Sell | 3/4 | A | A | |
| 65. | | | | | Sell | 5/26 | A | A | |
| 66. | | | | | Sell | 6/1 | A | A | |
| 67. | | | | | Sell | 6/3 | A | A | |
| 68. Jennison Health Sci(x) | A | Dividend | J | T | Sell | ps* | A | A | |
| 69. Lucent Tech(x) | | | | | Sell | | A | A | |
| 70. NCR Corp(x) | | | J | T | | | | | |
| 71. Nokia Corp(x) | | | J | T | Buy | 5/14 | A | | |
| 72. Pfizer, Inc.(x) | A | Dividend | J | T | Sell | ps* | A | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = S2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Popular, Inc.(x) | A | Dividend | J | T | Split | 7/14 | A | | |
| 74. SBC Communications(x) | A | Dividend | | | Sell | 5/14 | A | A | |
| 75. Strategic Ptr Tot Retn Bd Fd(x) | A | Dividend | | | Sell | 1/12 | A | A | |
| 76. | | | | | Sell | 6/3 | A | A | |
| 77. Strategic Ptrs Opp Fd Mid Cap(x) | A | Dividend | J | T | Reinvestmt | Vari | A | | |
| 78. | | | | | Sell | ps* | A | A | |
| 79. Sun Microsystems(x) | | | J | T | | | | | |
| 80. Verizon Comm(x) | A | Dividend | J | T | | | | | |
| 81. Wavefront Energy & Envir(x) | | | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII.  INVESTMENTS and TRUSTS
    ps* = partial sale

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MOLLWAY, SUSAN O | 5/9/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MOLLWAY, SUSAN O | 5/9/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬ Date _____ 7-27-05 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544